# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Stifel, Nicolaus & Company, Inc.

Case No. Civil 01-11MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Stockwalk Group, Inc., John G. Kinnard & Co., Inc., and R.J. Steichen & Co., Inc.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiff's motion for a preliminary injunction is DENIED; defendants' motion to dismiss for lack of subject matter jurisdiction is GRANTED; and the complaint is DISMISSED WITHOUT PREJUDICE.

DATE: August 29, 2001

RICHARD D. SLETTEN, CLERK

______________________________
Denise La Fond, Deputy Clerk